# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:12-CV-1871-LDG-(VCF) |
| v. | ) |
| $41,560.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

## ORDER FOR SUMMONS AND WARRANT OF ARREST IN REM FOR THE PROPERTY AND NOTICE

A Verified Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America, pursuant to Fed. R. Civ. P. Supp. Rule G.  The Court, having reviewed the Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the clerk shall issue a Summons and Warrant of Arrest in Rem for the Property, pursuant to Fed. R. Civ. P. Supp. Rule G(3)(b).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that a Summons and Warrant of Arrest in Rem for the Property issue against the property;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States of America seizes, arrests, takes into custody, and retains the $41,560.00 in United States Currency;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all persons claiming an interest in the property must file a verified claim, pursuant to Fed. R. Civ. P. Supp. Rule G(4)(b) and (5), no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the United States's official internet forfeiture site,

1  www.forfeiture.gov;

2  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person asserting
3  such interest in the property must serve and must file an answer to the United States's Verified
4  Complaint for Forfeiture In Rem or a motion under Rule 12 no later than 21 days after filing the claim,
5  pursuant to Fed. R. Civ. P. Supp. Rule G(5)(b);

6  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claim and the
7  answer must be served on Michael A. Humphreys, Assistant United States Attorney, United States
8  Attorney's Office for the District of Nevada, 333 Las Vegas Blvd. South, Suite 5000, Las Vegas,
9  Nevada 89101, at the times of filing, pursuant to Fed. R. Civ. P. Supp. Rule G(5)(a) and (b);

10  Failure to file a verified claim and an answer within the prescribed times shall result in a
11  judgment of forfeiture by default;

12  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action
13  and the arrest be given by the United States of America on the United States's official internet
14  forfeiture site, www.forfeiture.gov, for at least 30 consecutive days pursuant to Fed. R. Civ. P. Supp.
15  Rule G(4)(a)(iv);

16  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of the Verified
17  Complaint for Forfeiture In Rem, this Order, the Summons and Warrant of Arrest in Rem for the
18  Property, and the Notice of Complaint for Forfeiture and Arrest of Property be personally served, or
19  if unable to effect personal service, sent by certified mail, return receipt requested, and regular mail,
20  to all persons claiming an interest in the property;

21  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States of
22  America shall file proof of publication and service with the Clerk of this Court.

23  DATED this ___ day of ___ Nov ___, 2012.

24
25  _____
26  UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:12-CV-1871-LDG-(VCF) |
| v. ) | |
| ) | |
| $41,560.00 IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**SUMMONS AND WARRANT OF ARREST IN REM FOR THE PROPERTY**

TO:   Drug Enforcement Agency

WHEREAS, on the 1st day of November, 2012, the United States of America filed a Verified Complaint for Forfeiture in Rem against the defendant property for the reasons stated in the Complaint;

**YOU ARE, THEREFORE, COMMANDED** to seize, to arrest, to attach, to take into custody, and to retain the $41,560.00 in United States Currency; to serve the Verified Complaint for Forfeiture in Rem, the Order for Summons and Warrant of Arrest in Rem for the Property and Notice, the Summons and Warrant in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest of Property on all potential claimants of the defendant property; and to make a return of this Summons and Warrant of Arrest in Rem for the Property.

A potential claimant must (1) file a verified claim setting forth his, her, or its interest in the property, pursuant to Fed. R. Civ. P. Supp. Rule G(4)(b) and (5), no later than 35 days after the notice

is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the United States's official internet forfeiture site, www.forfeiture.gov; (2) file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of this Court no later than 21 days after filing the claim, pursuant to Fed. R. Civ. P. Supp. Rule G(5)(b); and (3) serve a copy of the filed claim and filed answer at the times of filing on Michael A. Humphreys, Assistant United States Attorney, United States Attorney's Office for the District of Nevada, 333 Las Vegas Blvd. South, Suite 5000, Las Vegas, Nevada 89101, pursuant to Fed. R. Civ. P. Supp. Rule G(5)(a) and (b).

If a potential claimant fails to do so, a judgment of forfeiture by default will be entered against that potential claimant for the relief demanded in the Complaint for Forfeiture in Rem.

All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

DATED this _____ day of _____, 2012.

                                      LANCE S. WILSON, CLERK
                                      United States District Court

                                      By: _____
                                          DEPUTY CLERK